Moore, Exrx., Appellant, *v.* Esso Standard Oil Company of Pennsylvania et al.

Argued January 12, 1950. Before MAXEY, C. J., DREW, LINN, STERN, STEARNE and JONES, JJ.

348

*R. Winfield Baile*, with him *George W. Thompson*, for appellant.

*D. Malcolm Hodge, E. P. Balderston, Jr.*, and *Hodge, Hodge & Balderston*, for appellees, were not heard.

OPINION PER CURIAM, March 20, 1950:

The judgment of the court below is affirmed on the opinion of Judge SWENEY.

Novek et ux., Appellants, *v.* Horn and Hardart Baking Company.

Argued January 4, 1950. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.